# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JESSICA POTTER,**

    Plaintiff(s),

**-vs-**

    **CASE NO. 3:09-cv-169**

    **District Judge Timothy S. Black**
    **Mag. Judge Sharon L. Ovington**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant(s).

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendation of the U.S. Magistrate Judge (doc 22) is **ADOPTED**. The Motion for Attorney Fees (doc 20) is **GRANTED**. The Clerk is **DIRECTED** to enter Judgment in favor of Plaintiff against the Commissioner of the Social Security Administration in the amount of $4,785.00

Date:  April 19, 2011                           **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                    Deputy Clerk